TULLY RINCKEY PLLC
STEVEN L. HERRICK, Bar No. 298563
sherrick@fedattorney.com
501 West Broadway
Suite 800
San Diego, CA 92101
Telephone: 619.357.7600
Facsimile: 619.357.7616

Attorneys for Plaintiff
PATRICIA L. THOMAS-PEREZ


LITTLER MENDELSON, P.C.
BARBARA A. BLACKBURN, Bar No. 253731
bblackburn@littler.com
DOUGLAS L. ROPEL, Bar No. 300486
dropel@littler.com
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant
SACRAMENTO REGIONAL TRANSIT
DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA L. THOMAS-PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO REGIONAL TRANSIT DISTRICT,<br>1400 29th Street<br>Sacramento, CA 95812<br><br>Defendant. | Case No. 2:19-CV-00909-TLN-EFB<br><br>*Assigned to District Judge Troy L. Nunley; Referred to Magistrate Judge Edmund F. Brennan*<br><br>**STIPULATED JOINT REQUEST TO MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER; ORDER**<br><br>Complaint filed: May 20, 2019 |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATED JOINT REQUEST TO
MODIFY THE INITIAL PRETRIAL
SCHEDULING ORDER

2:19-CV-00909-TLN-EFB

Plaintiff PATRICIA L. THOMAS-PEREZ ("Plaintiff") and Defendant SACRAMENTO REGIONAL TRANSIT DISTRICT ("Defendant") hereby jointly request, based on the showing of good cause discussed herein, that the Court modify the Initial Pretrial Scheduling Order as follows:

**1. Mediation – The parties have agreed to and shall attend a private mediation within seventy-five (75) days of the filing of this Order;**

**2. Discovery – Within fifteen (15) days of the conclusion of the mediation or ninety (90) days of the filing of this Order, whichever occurs first, the parties shall confer as required by Federal Rule of Civil Procedure 26(f). All discovery, with the exception of expert discovery, shall be completed no later than one hundred twenty (180) days of the filing of this Order.**

Under the current Initial Pretrial Scheduling Order, discovery is to be completed by the parties no later than March 25, 2020 (240 days from the filing of Defendant's Answer). The parties respectfully request this modification to the Initial Pretrial Scheduling Order to allow the parties to participate in a mediation prior to incurring the expenses of formal discovery.

## I. GOOD CAUSE EXISTS TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER

On May 20, 2019, Plaintiff filed her Complaint for Damages with this Court. (ECF 1) On May 21, 2019, this Court issued an Initial Pretrial Scheduling Order, which Plaintiff was required to serve on Defendant. (ECF 3) Defendant filed its Answer to Plaintiff's Complaint on July 29, 2019. (ECF 5)

On November 15, 2019, Defendant's counsel received an email from Plaintiff's counsel that included Interrogatories and Requests for Production of Documents. (Declaration of Douglas L. Ropel, ¶ 2) The parties held a telephone conference on November 25, 2019. (Declaration of Douglas L. Ropel, ¶ 3) At that conference, Defendant objected to Plaintiff's discovery on the grounds that: (1) Plaintiff had not served Defendant with the Court's Initial Pretrial Scheduling Order, (2) the parties had not yet held a discovery conference as required by Rule 26(f), and (3) Defendant had not consented to electronic service of documents. *Id*. The parties also discussed exploration of early resolution of this matter via private mediation. *Id*. The conference concluded with the parties agreeing to

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATED JOINT REQUEST TO MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER    2.    2:19-CV-00909-TLN-EFB

conference again in the second week of December to reach a decision on whether to mediate and, if not, hold a Rule 26(f) conference. *Id.*

On December 16, 2019, and January 7, 2020, Defendant's counsel emailed Plaintiff's counsel following up on the issues of proceeding to pursue mediation and/or holding a Rule 26(f) conference. (Declaration of Douglas L. Ropel, ¶ 4) Defendant's counsel did not receive a response. *Id.* Due to the combination of an internal change to the staffing of the case, the holidays, and Plaintiff's counsel taking use-it-or-lose-it leave, Plaintiff's counsel inadvertently neglected to respond to these emails. (Declaration of Steven L. Herrick, ¶ 2)

Defendant's counsel emailed Plaintiff's counsel again on January 27, 2020. (Declaration of Douglas L. Ropel, ¶ 4) The parties held a telephone conference on January 29, 2020. (Declaration of Douglas L. Ropel, ¶ 5) The parties agreed to attempt to resolve this matter via private mediation without conducting (and incurring the expenses of) formal discovery. *Id.* The parties also agreed to submit the instant Stipulated Joint Request to Modify the Initial Pretrial Scheduling Order seeking an extension of the close of discovery deadline in this matter to facilitate the mediation and subsequent discovery activities, if the matter is not resolved at mediation. *Id.* Defendant has provided Plaintiff with a list of proposed mediators (including their availability) and the parties anticipate mediating in April 2020. (Declaration of Douglas L. Ropel, ¶ 6)

Counsel for the parties believe that good cause exists for a modification of the Initial Pretrial Scheduling Order. The modification will allow both parties to fully participate in a mediation before incurring the expense of formal discovery. This will maximize the chances that the parties will reach an agreement to resolve this matter. Additionally, should the matter not be resolved, the modification will allow the parties to conduct meaningful formal discovery. Accordingly, Plaintiff and Defendant jointly request the Court modify the Initial Pretrial Scheduling Order to reflect the following dates:

**1. Mediation – The parties have agreed to and shall attend a private mediation within seventy-five (75) days of the filing of this Order;**

**2. Discovery – Within fifteen (15) days of the conclusion of the mediation or ninety**

STIPULATED JOINT REQUEST TO MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER    3.    2:19-CV-00909-TLN-EFB

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

**(90) days of the filing of this Order, whichever occurs first, the parties shall confer as required by Federal Rule of Civil Procedure 26(f). All discovery, with the exception of expert discovery, shall be completed no later than one hundred twenty (180) days of the filing of this Order.**

No other changes to the Initial Pretrial Scheduling Order are requested. All deadlines in the Initial Pretrial Scheduling Order that are calculated based on the close of discovery (e.g., dispositive motions) will be calculated from the close of discovery as modified in the instant Order requested by the parties.

## II. CONCLUSION

For the foregoing reasons, the parties jointly request the Court modify the Initial Pretrial Scheduling Order and assign the proposed deadlines for mediation and close of discovery.

Dated: February 12, 2020

*/s/Steven Herrick* (as authorized on 2/12/2020)
STEVEN L. HERRICK
TULLY RINCKEY PLLC
Attorneys for Plaintiff
PATRICIA L. THOMAS-PEREZ

Dated: February 12, 2020

*/s/ Douglas L. Ropel*
BARBARA A. BLACKBURN
DOUGLAS L. ROPEL
LITTLER MENDELSON, P.C.
Attorneys for Defendant
SACRAMENTO REGIONAL TRANSIT DISTRICT

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATED JOINT REQUEST TO MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER

4.

2:19-CV-00909-TLN-EFB

## **ORDER**

IT IS SO ORDERED that the Initial Pretrial Scheduling Order be modified as follows:

**Mediation – The parties have agreed to and shall attend a private mediation within seventy-five (75) days of the filing of this Order.**

**Discovery – Within fifteen (15) days of the conclusion of the mediation or ninety (90) days of the filing of this Order, whichever occurs first, the parties shall confer as required by Federal Rule of Civil Procedure 26(f). All discovery, with the exception of expert discovery, shall be completed no later than one hundred twenty (180) days of the filing of this Order.**

All deadlines in the Initial Pretrial Scheduling Order that are calculated based on the close of discovery (e.g., dispositive motions) will be calculated from the close of discovery as modified by this Order.

DATED: February 13, 2020

_____
Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATED JOINT REQUEST TO MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER  5.  2:19-CV-00909-TLN-EFB