TULLY RINCKEY PLLC
STEVEN L. HERRICK, Bar No. 298563
sherrick@fedattorney.com
501 West Broadway
Suite 800
San Diego, CA  92101
Telephone:    619.357.7600
Facsimile:    619.357.7616

Attorneys for Plaintiff
PATRICIA L. THOMAS-PEREZ


LITTLER MENDELSON, P.C.
BARBARA A. BLACKBURN, Bar No. 253731
bblackburn@littler.com
DOUGLAS L. ROPEL, Bar No. 300486
dropel@littler.com
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
Telephone:    916.830.7200
Facsimile:    916.561.0828

Attorneys for Defendant
SACRAMENTO REGIONAL TRANSIT
DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA L. THOMAS-PEREZ,<br><br>             Plaintiff,<br><br>v.<br><br>SACRAMENTO REGIONAL TRANSIT DISTRICT,<br>1400 29th Street<br>Sacramento, CA  95812<br><br>             Defendant. | Case No.  2:19-CV-00909-TLN-EFB<br><br>*Assigned to District Judge Troy L. Nunley; Referred to Magistrate Judge Edmund F. Brennan*<br><br>**STIPULATED JOINT REQUEST TO MODIFY THE PRETRIAL SCHEDULING ORDER**<br><br>Complaint filed:  May 20, 2019 |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

STIPULATED JOINT REQUEST TO
MODIFY THE PRETRIAL SCHEDULING
ORDER

2:19-CV-00909-TLN-EFB

Plaintiff PATRICIA L. THOMAS-PEREZ ("Plaintiff") and Defendant SACRAMENTO REGIONAL TRANSIT DISTRICT ("Defendant") hereby jointly request, based on the showing of good cause discussed herein, that the Court modify the Pretrial Scheduling Order as follows:

**1. Mediation – The parties have agreed to and shall attend a private mediation within ninety (90) days of the filing of this Order;**

**2. Discovery – Within fifteen (15) days of the conclusion of the mediation or one hundred five (105) days of the filing of this Order, whichever occurs first, the parties shall confer as required by Federal Rule of Civil Procedure 26(f). All discovery, with the exception of expert discovery, shall be completed no later than two hundred forty (240) days of the filing of this Order.**

Under the current (modified) Pretrial Scheduling Order, the parties are to attend a mediation by May 13, 2020 (90 days from the last requested and ordered modification of the Pretrial Scheduling Order), and discovery is to be completed by the parties no later than August 11, 2020 (180 days from the last requested and ordered modification of the Pretrial Scheduling Order). However, the parties will not be able to attend a mediation within the current deadline due to the statewide stay-at-home order implemented by Governor Gavin Newsom. The parties respectfully request this modification to the Pretrial Scheduling Order to allow the parties to participate in a mediation prior to incurring the expenses of formal discovery.

**I.    GOOD CAUSE EXISTS TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER**

On February 13, 2020, the parties submitted a Stipulated Joint Request to Modify the Initial Pretrial Scheduling Order. (ECF 6) This Court granted the parties' request on the same date and ordered the Initial Pretrial Scheduling Order be modified. (ECF 7) The modified Pretrial Scheduling Order set forth that the parties were to attend a mediation by May 13, 2020 (90 days from the date of the Order) and complete discovery by August 11, 2020 (180 days from the date of the Order. (*Id.*) The purpose of the modification of the Pretrial Scheduling Order and the sequencing of the mediation and discovery closeout dates was to permit the parties to participate in mediation before

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATED JOINT REQUEST TO MODIFY THE INITIAL SCHEDULING ORDER     2.     2:19-CV-00909-TLN-EFB

incurring the expenses of formal discovery. (Declaration of Douglas L. Ropel, ¶ 2)

The parties worked diligently to select a mediator and schedule a mediation. (Declaration of Douglas L. Ropel, ¶ 3) On February 18, 2020, the parties scheduled a mediation with mediator Rob Waters in Stockton. (*Id.*) The mediation was scheduled to occur on April 14, 2020. (*Id.*) On March 30, 2020, the parties were contacted by Mr. Waters' office and informed that the mediation was being taken off calendar due to the statewide stay-at-home order Governor Gavin Newsom implemented in response to the COVID-19 pandemic. (*Id.*) The parties have rescheduled the mediation with Mr. Waters for June 15, 2020. (*Id.*)

Counsel for the parties believe that good cause exists for a modification of the current Pretrial Scheduling Order. The modification will allow both parties to fully participate in a mediation before incurring the expense of formal discovery. This will maximize the chances that the parties will reach an agreement to resolve this matter. Additionally, should the matter not be resolved, the modification will allow the parties to conduct meaningful formal discovery. Accordingly, Plaintiff and Defendant jointly request the Court modify the current Pretrial Scheduling Order to reflect the following dates:

**1. Mediation – The parties have agreed to and shall attend a private mediation within ninety (90) days of the filing of this Order;**

**2. Discovery – Within fifteen (15) days of the conclusion of the mediation or one hundred five (105) days of the filing of this Order, whichever occurs first, the parties shall confer as required by Federal Rule of Civil Procedure 26(f). All discovery, with the exception of expert discovery, shall be completed no later than two hundred forty (240) days of the filing of this Order.**

No other changes to the Initial Pretrial Scheduling Order are requested. All deadlines in the Initial Pretrial Scheduling Order that are calculated based on the close of discovery (e.g., dispositive motions) will be calculated from the close of discovery as modified in the instant Order requested by the parties.

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATED JOINT REQUEST TO MODIFY THE INITIAL SCHEDULING ORDER   3.   2:19-CV-00909-TLN-EFB

## II. CONCLUSION

For the foregoing reasons, the parties jointly request the Court modify the Pretrial Scheduling Order and assign the proposed deadlines for mediation and close of discovery.

Dated: April 14, 2020

*/s/Steven Herrick* (as authorized on 4/14/2020)
STEVEN L. HERRICK
TULLY RINCKEY PLLC
Attorneys for Plaintiff
PATRICIA L. THOMAS-PEREZ

Dated: April 14, 2020

*/s/ Douglas L. Ropel*
BARBARA A. BLACKBURN
DOUGLAS L. ROPEL
LITTLER MENDELSON, P.C.
Attorneys for Defendant
SACRAMENTO REGIONAL TRANSIT DISTRICT

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATED JOINT REQUEST TO MODIFY THE INITIAL SCHEDULING ORDER    4.    2:19-CV-00909-TLN-EFB

**[PROPOSED] ORDER**

IT IS SO ORDERED that the Pretrial Scheduling Order be modified as follows:

**Mediation – The parties have agreed to and shall attend a private mediation within ninety (90) days of the filing of this Order.**

**Discovery – Within fifteen (15) days of the conclusion of the mediation or one hundred five (105) days of the filing of this Order, whichever occurs first, the parties shall confer as required by Federal Rule of Civil Procedure 26(f). All discovery, with the exception of expert discovery, shall be completed no later than two hundred forty (240) days of the filing of this Order.**

All deadlines in the Initial Pretrial Scheduling Order that are calculated based on the close of discovery (e.g., dispositive motions) will be calculated from the close of discovery as modified by this Order.

DATED: April 14, 2020

_____
Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATED JOINT REQUEST TO MODIFY THE INITIAL SCHEDULING ORDER   5.   2:19-CV-00909-TLN-EFB