1  TULLY RINCKEY PLLC
   STEVEN L. HERRICK, Bar No. 298563
2  sherrick@fedattorney.com
   501 West Broadway
3  Suite 800
   San Diego, CA  92101
4  Telephone:    619.357.7600
   Facsimile:    619.357.7616
5
   Attorneys for Plaintiff
6  PATRICIA L. THOMAS-PEREZ

7

8  LITTLER MENDELSON, P.C.
   BARBARA A. BLACKBURN, Bar No. 253731
9  bblackburn@littler.com
   DOUGLAS L. ROPEL, Bar No. 300486
10 dropel@littler.com
   500 Capitol Mall
11 Suite 2000
   Sacramento, CA  95814
12 Telephone:    916.830.7200
   Facsimile:    916.561.0828

13 Attorneys for Defendant
   SACRAMENTO REGIONAL TRANSIT
14 DISTRICT

15                   UNITED STATES DISTRICT COURT

16                  EASTERN DISTRICT OF CALIFORNIA

17

18

19 | PATRICIA L. THOMAS-PEREZ, | Case No.  2:19-CV-00909-TLN-EFB |
   |---|---|
   |           Plaintiff, | |
   | | *Assigned to District Judge Troy L. Nunley; Referred to Magistrate Judge Edmund F. Brennan* |
   | v. | |
   | SACRAMENTO REGIONAL TRANSIT DISTRICT, | **STIPULATED JOINT REQUEST TO MODIFY THE PRETRIAL SCHEDULING ORDER; ORDER** |
   | 1400 29th Street Sacramento, CA  95812 | |
   |           Defendant. | Complaint filed:  May 20, 2019 |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

STIPULATED JOINT REQUEST TO
MODIFY THE PRETRIAL SCHEDULING
ORDER                                         2:17-CV-00909-TLN-EFB

Plaintiff PATRICIA L. THOMAS-PEREZ ("Plaintiff") and Defendant SACRAMENTO REGIONAL TRANSIT DISTRICT ("Defendant") hereby jointly request, based on the showing of good cause discussed herein, that the Court modify the Pretrial Scheduling Order as follows:

**1. Mediation – The parties have agreed to and shall attend a private mediation within forty-five (45) days of the filing of this Order;**

**2. Discovery – Within fifteen (15) days of the conclusion of the mediation or sixty (60) days of the filing of this Order, whichever occurs first, the parties shall confer as required by Federal Rule of Civil Procedure 26(f). All discovery, with the exception of expert discovery, shall be completed no later than two hundred forty (240) days of the filing of this Order.**

Under the current (modified) Pretrial Scheduling Order, the parties are to attend a mediation by July 14, 2020 (90 days from the last requested and ordered modification of the Pretrial Scheduling Order), and discovery is to be completed by the parties no later than December 11, 2020 (240 days from the last requested and ordered modification of the Pretrial Scheduling Order). However, the parties will not be able to attend a mediation within the current deadline. The parties had a mediation scheduled for June 15, 2020, but the mediation had to be further postponed, at Plaintiff's counsel's request, due to a scheduling conflict. The parties are now scheduled to mediate this matter on July 27, 2020. The parties respectfully request this modification to the Pretrial Scheduling Order to allow the parties to participate in a mediation prior to incurring the expenses of formal discovery.

## I.    GOOD CAUSE EXISTS TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER

On February 13, 2020, the parties submitted a Stipulated Joint Request to Modify the Initial Pretrial Scheduling Order. (ECF 6) This Court granted the parties' request on the same date and ordered the Initial Pretrial Scheduling Order be modified. (ECF 7) The modified Pretrial Scheduling Order set forth that the parties were to attend a mediation by May 13, 2020 (90 days from the date of the Order) and complete discovery by August 11, 2020 (180 days from the date of the Order). (*Id.*) The purpose of the modification of the Pretrial Scheduling Order and the sequencing of the mediation and discovery closeout dates was to permit the parties to participate in mediation before

incurring the expenses of formal discovery.  (Declaration of Douglas L. Ropel, ¶ 2)

The parties worked diligently to select a mediator and schedule a mediation. (Declaration of Douglas L. Ropel, ¶ 3)  On February 18, 2020, the parties scheduled a mediation with mediator Rob Waters in Stockton.  (*Id.*)  The mediation was scheduled to occur on April 14, 2020. (*Id.*)  On March 30, 2020, the parties were contacted by Mr. Waters' office and informed that the mediation was being taken off calendar due to the statewide stay-at-home order Governor Gavin Newsom implemented in response to the COVID-19 pandemic.  (*Id.*)

A second Stipulated Joint Request to Modify the Initial Pretrial Scheduling Order was submitted to and granted by this Court, which set forth that the parties were to attend a mediation by July 14, 2020 (90 days from the date of the Order) and complete discovery by December 11, 2020 (240 days from the date of the Order).  (ECF 10)  The parties rescheduled the mediation with Mr. Waters for June 15, 2020.  (Declaration of Douglas L. Ropel, ¶ 4)  The mediation had to be postponed due to a scheduling conflict that arose with Plaintiff's counsel, and the mediation with Mr. Waters is now scheduled for July 27, 2020.  (*Id.*)

Counsel for the parties believe that good cause exists for a modification of the current Pretrial Scheduling Order. The modification will allow both parties to fully participate in a mediation before incurring the expense of formal discovery.  This will maximize the chances that the parties will reach an agreement to resolve this matter.  Additionally, should the matter not be resolved, the modification will allow the parties to conduct meaningful formal discovery.  Accordingly, Plaintiff and Defendant jointly request the Court modify the current Pretrial Scheduling Order to reflect the following dates:

**1. Mediation – The parties have agreed to and shall attend a private mediation within forty-five (45) days of the filing of this Order;**

**2. Discovery – Within fifteen (15) days of the conclusion of the mediation or sixty (60) days of the filing of this Order, whichever occurs first, the parties shall confer as required by Federal Rule of Civil Procedure 26(f). All discovery, with the exception of expert discovery, shall be completed no later than two hundred forty (240) days of the filing of this Order.**

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

STIPULATED JOINT REQUEST TO
MODIFY THE INITIAL SCHEDULING
ORDER

3.

2:17-CV-00909-TLN-EFB

1

2

        No other changes to the Initial Pretrial Scheduling Order are requested.  All deadlines

3

in the Initial Pretrial Scheduling Order that are calculated based on the close of discovery (e.g.,

4

dispositive motions) will be calculated from the close of discovery as modified in the instant Order

5

requested by the parties.

6

**II.      CONCLUSION**

7

        For the foregoing reasons, the parties jointly request the Court modify the Pretrial

8

Scheduling Order and assign the proposed deadlines for mediation and close of discovery.

9

10

Dated: June 25, 2020

11

12

                                                */s/Steven Herrick* (as authorized on 6/24/2020)
                                                STEVEN L. HERRICK

13

                                                TULLY RINCKEY PLLC
                                                Attorneys for Plaintiff

14

                                                PATRICIA L. THOMAS-PEREZ

15

Dated: June 25, 2020

16

17

                                                */s/ Douglas L. Ropel*
                                                BARBARA A. BLACKBURN

18

                                                DOUGLAS L. ROPEL
                                                LITTLER MENDELSON, P.C.

19

                                                Attorneys for Defendant
                                                SACRAMENTO REGIONAL TRANSIT

20

                                                DISTRICT

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATED JOINT REQUEST TO
MODIFY THE INITIAL SCHEDULING
ORDER                                    4.                           2:17-CV-00909-TLN-EFB

<u>**ORDER**</u>

IT IS SO ORDERED that the Pretrial Scheduling Order be modified as follows:

**Mediation – The parties have agreed to and shall attend a private mediation within forty-five (45) days of the filing of this Order.**

**Discovery – Within fifteen (15) days of the conclusion of the mediation or sixty (60) days of the filing of this Order, whichever occurs first, the parties shall confer as required by Federal Rule of Civil Procedure 26(f). All discovery, with the exception of expert discovery, shall be completed no later than two hundred forty (240) days of the filing of this Order.**

All deadlines in the Initial Pretrial Scheduling Order that are calculated based on the close of discovery (e.g., dispositive motions) will be calculated from the close of discovery as modified by this Order.

DATED: June 25, 2020

Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATED JOINT REQUEST TO
MODIFY THE INITIAL SCHEDULING
ORDER

5.

2:17-CV-00909-TLN-EFB